**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

United States of America,

      v.

Esco Davis,

Case No. 2:23-cr-37(3)

Judge Michael H. Watson

## ORDER

There being no objections, and upon review of the Indictment, Plea

Agreement, and Report and Recommendation of the Magistrate Judge ("R&R")

the Court hereby adopts the R&R, ECF No. 164.  The Court accepts Defendant's

plea of guilty to Count 1 of the Indictment, and he is hereby adjudged guilty on

that count.  The Court will defer the decision of whether to accept the plea

agreement until the sentencing hearing.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**